# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRETT D. TUCKER,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>        Defendant. | CASE NO. 3:13-cv-02416-GBC<br><br>(MAGISTRATE JUDGE COHN)<br><br>ORDER GRANTING PLAINTIFF'S APPEAL, VACATING THE DECISION OF THE COMMISSIONER, AND REMANDING FOR FURTHER PROCEEDINGS<br><br>Docs. 1, 6, 7, 9, 10, 11 |

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Brett D. Tucker and against the Commissioner as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Brett D. Tucker social security disability insurance benefits and supplemental security income benefits is vacated and the case remanded to the Commissioner of Social Security to:

Conduct a new administrative hearing;

Appropriately evaluate the opinions of Dr. Bradley Jahn, D.C., Dr. Amatul Khalid, M.D., and Mr. Martin Young, and, if necessary, elicit further medical opinion regarding Brett D. Tucker's residual functional capacity or his ability to meet or equal an impairment listed in 20 C.F.R. Part 404, Subpart P, Appendix 1.

3. The Clerk of Court shall close this case.

Dated: September 8, 2014

                                              s/Gerald B. Cohn
                                              GERALD B. COHN
                                              UNITED STATES MAGISTRATE JUDGE